**Order filed November 23, 2021.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-21-00677-CV

---

## IN RE VALENTINA LUCAS, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF CAROLEE DAWN TAYLOR, DECEASED AND MYA TAYLOR, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**127th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2020-01361**

---

## ORDER

On Tuesday, November 23, 2021, relators Valentina Lucas, Individually and on behalf of The Estate of Carolee Dawn Taylor, deceased and Mya Taylor filed a petition for writ of mandamus and emergency motion to stay in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relators ask this Court to compel the Honorable Ravi K. Sandill, presiding judge of the 127th District Court of Harris County, to stay the enforcement of the trial

court's order signed November 19, 2021, granting Wells Fargo Bank, N.A.'s motion to interplead funds and request for discharge and dismissal and authorizing Wells Fargo to deposit said funds into the registry of the trial court.

It appears from the facts stated in the petition and motion that relators' request for relief requires further consideration and that relators will be prejudiced unless immediate temporary relief is granted. We therefore grant relators' motion and issue the following order:

We ORDER in trial court cause number 2020-01361, *Valentina Lucas, Individually and on behalf of the Estate of Carolee Dawn Taylor, and Mya Taylor*, thatthe trial court's order of November 19, 2021, granting interpleader of funds by Wells Fargo Bank, N.A., and dismissal and discharge of Wells Fargo Bank, N.A. STAYED until a final decision by this court on relators' petition for writ of mandamus, or until further order of this court.

In addition, the court requests the real parties-in-interest to file a response to the petition for writ of mandamus on or before December 30, 2021. *See* Tex. R. App. P. 52.4.

PER CURIAM

Panel consists of Justices Jewell, Bourliot, and Poissant.